1

2

3

4

5

6

7                           UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   LARRY ALTAMIRANO SERMENO,            No.  2:16-cv-2021 KJM CKD P

11              Plaintiff,

12        v.                              ORDER

13   MONTEREY COUNTY SUPERIOR
     COURT, et al.,
14
                Defendants.
15

16        Plaintiff, a California prisoner proceeding pro se, has filed a civil action challenging

17   conditions of confinement at the California Substance Abuse Treatment Facility in Corcoran.[1]

18   Corcoran is in Kings County, which is part of the Fresno Division of the United States District

19   Court for the Eastern District of California.  See Local Rule 120(d).

20        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

21   division of this court may, on the court's own motion, be transferred to the proper division of the

22   court.  Therefore, this action will be transferred to the Fresno Division of the court.

23   /////

24

25   [1]  Plaintiff's complaint is submitted on the court's form-application for a writ of habeas corpus
     under 28 U.S.C. § 2254 which is used by state prisoners challenging their confinement or
26   duration thereof.  See Nettles v. Grounds, 830 F.3d 922, 927 (9th Cir. 2016).  However, to the
     extent plaintiff states any claim upon which relief might be granted, plaintiff challenges the
27   conditions at his place of confinement.  While plaintiff asks for release from prison as a result of
     the conditions of his confinement, nothing suggests an adequate remedy would be, at most,
28   transfer to a different prison.

                                          1

1       Good cause appearing, IT IS HEREBY ORDERED that:

2       1.  This action is transferred to the United States District Court for the Eastern District of

3 California sitting in Fresno; and

4       2.  All future filings shall reference the new Fresno case number assigned and shall be

5 filed at:

6           United States District Court
Eastern District of California

7           2500 Tulare Street
Fresno, CA 93721

8 Dated:  January 10, 2017

9             _____
CAROLYN K. DELANEY

10             UNITED STATES MAGISTRATE JUDGE

11

12

13

14   1
serm2021.fres

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2